**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEDA ODETH HERNANDEZ VELASQUEZ, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 11-70637 <br><br> Agency No. A078-197-977 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 15, 2013[**]

Before:     SILVERMAN, BEA, and NGUYEN, Circuit Judges.

Leda Odeth Hernandez Velasquez, a native and citizen of Honduras,

petitions pro se for review of the Board of Immigration Appeals' ("BIA") order

summarily affirming an immigration judge's ("IJ") decision.  We have jurisdiction

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

under 8 U.S.C. § 1252. We review de novo questions of law. *Young v. Holder*, 697 F.3d 976, 981 (9th Cir. 2012) (en banc). "When the BIA summarily affirms the IJ's decision, we review the IJ's decision as the final agency action." *Zehatye v. Gonzales*, 453 F.3d 1182, 1184 (9th Cir. 2006). We deny the petition for review.

The IJ did not err in concluding that Hernandez Velasquez was ineligible for cancellation of removal where the conviction record was inconclusive as to the controlled substance involved in her conviction. *See Young*, 697 F.3d at 990 ("A petitioner cannot carry the burden of demonstrating eligibility for cancellation of removal by establishing an inconclusive record of conviction.").

Hernandez Velasquez's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**

11-70637